IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BARNETT,

        Plaintiff,

  vs.

SOUTHERN CALIFORNIA EDISON COMPANY LONG TERM DISABILITY PLAN,

        Defendant.

CASE NO. CV-F-12-130 LJO DLB

**ORDER TO CONTINUE DISCOVERY and TRIAL DATES**

    The parties filed a stipulation to continue the discovery cut-off dates, trial date, and all other related dates set in the May 22, 2012 scheduling order. Dates set in a scheduling conference order are firm. This Court does not re-set or continue dates absence a showing of good cause.

    The parties set forth two reasons for the request for a continuance of the dates. First, the lead counsel for the defendant is out on maternity leave and the counsel now handling this matter declares that based on her trial schedule, she will be unable to complete discovery within the deadlines now set. This Court finds that this circumstance was known to the defense counsel at the time of the May 2012 scheduling conference and should have been considered when proposing dates. Accordingly, this Court finds that this fails to establish good cause to change the discovery dates.

    Second, plaintiff's counsel declares that his daughter's wedding was scheduled for the weekend before the trial date set in the May 2012 scheduling order after the scheduling order issued. Plaintiff's counsel informed the court at the scheduling conference that the wedding date had not yet been set, but that might be set around the time of the scheduled trial and asked the court for the ability to re-schedule the trial in the event that the wedding date was set on or near to the trial date scheduled. This Court

1

finds that this is good cause to continue the trial date in this action, based on the family obligation that occurred after the scheduling order issue. On the basis of good cause, this Court GRANTS the parties' request to continue the dates as follows:

The non-expert discovery cutoff is continued from October 31, 2012 to December 31, 2012;

The expert discovery cutoff is continued from December 31, 2012 to February 28, 2013;

The non-dispositive motion filing deadline is continued from December 28, 2012 to February 28, 2013;

The non-dispositive motion hearing deadline is continued from January 25, 2013 to March 25, 2013;

The dispositive motion filing deadline is continued from January 31, 2013 to March 29, 2013;

The dispositive motion hearing deadline is continued from March 26, 2013 to May 27, 2013;

The Pretrial Conference is continued from May 7, 2013, to July 6, 2013 at 8:30 a.m.; and

Trial is continued from June 18, 2013 to August 20, 2013 at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   August 22, 2012**                    /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE