EXHIBIT 8

**Southern California Edison Company**
**PURCHASE ORDER**

SHIP TO:

| DATE | PURCHASE ORDER NO. |
|---|---|
| 04/26/05 | Q1045923 |
| SUPPLIER CODE | COMMSERV CODE |
| 53940 | 035201 |
| REQUISITION NO | ACCOUNTING LOC NO |
| | 9022 |

MARK FOR:
Mail the copy of all shipping papers to the location shown above

SEDGWICK CMS
1100 RIDGEWAY LOOP ROAD
MEMPHIS, TN 38120
ATTN: KIMBERLEY BRACKEN

Please indicate the PURCHASE ORDER NUMBER on all invoices, packages, correspondence, shipping papers and inquiries.

MAIL ORIGINAL INVOICE & A COPY TO:
ACCOUNTS PAYABLE DIVISION
P.O. BOX 700
Rosemead, CA 91770

If in any way unable to comply with the requirements of this order, notify the Procurement Agent in writing immediately.

(714) 968-6949  Corp.  Y  TN/SSN  36-2685608

| PROCUREMENT AGENT | TELEPHONE NUMBER | F.O.B. | | |
|---|---|---|---|---|
| GORDON COLE | 562-491-2207 | | | |
| APPLICABLE TERMS/CONDITIONS - DATE | | TERMS OF PAYMENT | | |
| NEGOTIATED T&C -- SEE BELOW | | NET 30 DAYS AFTER RECEIPT OF INVOICE | | |
| REQUIRED AT EDISON LOCATION BY | | CONFIRMED WITH AND DATE | | |
| SEE BELOW | | | | |
| VIA | | | | DOCUMENT I.D. |

STRICT ADHERENCE TO THE PROVISIONS OF THIS PURCHASE ORDER IS REQUIRED. IF ANY CONFLICT ARISES REGARDING INVOICE INSTRUCTIONS OR OTHER SECTIONS OF THE PURCHASE ORDER, PLEASE CONTACT THE PROCUREMENT AGENT IDENTIFIED ABOVE.

## GENERAL DESCRIPTION

Provide leave of absence and claim management and administration services, as requested by the Corporate Medical Services Division of Edison's Human Resources Department.

## EFFECTIVE PERIOD

This Purchase Order shall be effective for Work as indicated below:

* Implementation Period: 05/02/05 through 10/03/05
  (no billing will be made for Work performed during this period)

* Initial Contract Term: 10/03/05 through 10/01/08

If agreed to in writing by both parties at any time during the Effective Period of the Purchase Order, the parties have the option of extending the Purchase Order for an Optional Contract Term:

* Optional Contract Term: 10/01/08 through 10/01/10

The applicable terms and conditions as referenced, are hereby incorporated and made part of this Purchase Order.

No change shall be made to the price, terms and conditions, specified requirements or schedules of this Purchase Order without written authorization of the Procurement Agent. Additional costs resulting from work done or material supplied without such authorization may be denied.

Southern California Edison Company

By _____
FOR THE DIRECTOR OF PROCUREMENT AND MATERIAL MANAGEMENT

DISTRIBUTION: Supplier, Acceptance, PO File, Accounts Payable, Acct. Loc.
Expediting, QA, T&T, QS&H, ESCH, COM, Copy, Inspection

PO-FG1 11/95

SCE 000102

If such an Optional Contract Term is agreed upon by the parties, the parties are entitled to negotiate an adjustment of Fees (based on U.S. City Average Consumer Price Index (CPI), as published by the United States Bureau of Labor Statistics, U.S. Department of Labor) two months prior to renewal (August for October renewal); as well as an adjustment of Performance Standards.

## TOTAL AUTHORIZED AMOUNT

Total cumulative charges (including administration fees, rewards (if any), system charges and pass-through costs) to be billed against this Purchase Order shall not exceed $█████████ including applicable taxes, without prior authorization by issuance of a Change Order. Payment shall be in accordance with the documents described under Detailed Scope of Work, below. Additional services may be purchased, at Edison's sole discretion, at a Fixed Unit Cost as detailed in the Schedule of Fees (Schedule B).

Sedgwick CMS shall notify the designated SCE Representative when the charges incurred reach 80% of the Total Authorized Amount and shall reconfirm the validity of such Amount. If at any time Sedgwick CMS estimates that the Work, as authorized by the Purchase Order, cannot be completed within this amount, Sedgwick CMS shall promptly notify the SCE Representative and shall submit a revised and substantiated estimate.

Sedgwick CMS shall not proceed with or be reimbursed for any Work performed beyond the Effective Period or exceeding the Total Authorized Amount without the prior written approval of the Procurement Agent.

## TERMS AND CONDITIONS

This Purchase Order shall be governed by Edison's General Terms and Conditions identified as SCE/Sedgwick Disability Administrative Services, dated 04/14/05, as attached and incorporated herein by reference.

## DETAILED SCOPE OF WORK

Provide services including a Comprehensive Disability Plan (CDP), Long Term Disability Plan (LTD), Federal and State Family and Medical Leave Plan (FMLA), Paid Family Leave Plan (PFL) and oversight and coordination of the Advocacy portion of Edison's Total Employee Absence Management (TEAM) program, in accordance with the following documents, as dated, as incorporated herein by reference:

- Schedule A (Statement of Work), dated 04/22/05
- Schedule B (Schedule of Fees), dated 05/02/05
- Schedule B-1 (Fee Assumptions), dated 04/22/05
- Schedule C (Performance Standards), dated 04/22/05
- Schedule C-1 (Service Level Indicators), dated 04/22/05
- Schedule D (Acceptance Testing), dated 04/22/05
- Schedule E (Records Retention Guidance), dated 04/22/05
- Schedule F (Business Continuation and Disaster Recovery Policy), dated 04/22/05

## EXTRA WORK

Any additional Work or changes from the specified Scope of Work, must be authorized by a Change Order prior to performing such Work. Proposals for such changes or additional Work shall be submitted, including the following items:

- Edison and Sedgwick CMS shall prepare a detailed Work plan and budget for each proposed change or addition. The Work plan shall consist of all additional or changed tasks to be performed; and shall include the following in sufficient detail to support the proposed budget:
  - A detailed description of each task, broken down by subtasks; and a final product to be delivered at the conclusion of each task
  - Estimated billable hours to complete each task, broken down by subtask; and milestone dates (including completion date)
  - An integrated time schedule and budget for all approved tasks, broken down by task

## STAFFING COMMITMENTS

Sedgwick CMS agrees to maintain the following staffing levels, dedicated exclusively to Edison support. As program efficiencies may allow, Sedgwick CMS may select to recommend staffing modifications. Such staffing changes shall be requested in writing as a Change Request to Edison. Sedgwick CMS agrees that if, following acceptance by Edison of such a change, Sedgwick CMS' service performance declines below the parameters determined in Schedule C-1 (Service Level Indicators), it will return the staffing to pre-reduction levels.

The dedicated staff for Services is based on a count of 16,190 Covered Lives (see Covered Lives volume in Schedule B-1). Covered Lives will be counted only once, regardless of whether or not they participate in multiple plans. If during the term of the Agreement, utilization (number of claims as a percentage of total covered lives) changes plus or minus 10%, or if there is a major change in program scope, Edison and Sedgwick CMS will discuss in good faith the appropriate adjustment to the dedicated staffing.

| Team Member Description | Number of Dedicated Staff |
| --- | --- |
| Disability Specialist III (Nurse) | 1 |
| Disability Specialist II | 3 |
| Disability Specialist I | 2 |
| FMLA Specialist | 3 |
| LTD Examiner | 2 |
| Claims Assistant | 4 |
| Claims Supervisor | 2 |
| JURIS Coordinator | .25 |
| Receptionist | .25 |
| Mailroom Staff | 1 |
| Account/Unit Manager | 1 |
| Total Estimated Staffing | 19.5 |

## RATES, CREDITS AND INCENTIVES

Applicable rates shall be as set forth in Schedule B, dated 04/22/05, as incorporated herein by reference.

Per Employee Per Month (PEPM) administrative fee is $[redacted] based on a volume of 16,190 Covered Lives. A fee adjustment may be applied in Year 3 to the PEPM administrative fees, based on the percentage change in the CPI.

Sedgwick CMS or its affiliates shall, on a semi-annual basis, credit back to Edison any fees at risk, as determined under Schedule C-1. Sedgwick CMS shall include any performance incentives determined under Schedule C-1 as additional invoice charges to Edison; to be invoiced on a semi-annual basis.

Southern California Edison Company

PAYMENT AND INVOICE INSTRUCTIONS

An initial estimated allocated expense deposit invoice will be sent to Edison approximately thirty (30) days prior to the commencement of the Initial Contract Term. Thereafter, invoices shall be submitted on a monthly basis for the monthly Per Employee Per Month (PEPM) charge, along with the previous month's pass-through expenses. Invoices shall not be submitted in advance, and shall not be dated earlier than three days prior to submittal.

Prior to payment, all invoices shall be approved by the authorized Edison Representative or a designated representative.

Mail an original and one copy of all invoices to the following address:

Southern California Edison Company
Accounts Payable Division
P.O. Box 700
Rosemead, CA 91770

In addition to the invoice instructions printed above, one additional copy of all invoices shall be submitted to:

Southern California Edison Company
P.O. Box 800
Rosemead, CA 91770
Attn: Juan Carlos Moreno

If rates, rate format or rate components are different from that stated in the Purchase Order, payment may be delayed due to necessary validation of the invoice.

FAILURE TO COMPLY WITH THESE INVOICE INSTRUCTIONS OR ANY OTHER TERMS AND CONDITIONS OF THE PURCHASE ORDER MAY RESULT IN ADJUSTMENT OR REJECTION OF THE INVOICE(S).

INSURANCE CERTIFICATE

Sedgwick CMS shall furnish, within 15 days of receipt of this Purchase Order, a current copy of Sedgwick CMS's Certificate of Insurance verifying coverage specified in the Terms and Conditions. Certificate shall name SCE as additional insured and be forwarded to the following address:

Southern California Edison Company
Gordon Cole
125 Elm Avenue
Long Beach, CA 90802

EDISON REPRESENTATIVE

Edison's Representative for coordinating, scheduling, directing, and approving the Work performed under this Purchase Order is Juan Carlos Moreno, phone 626-302-7659.

## WOMEN, MINORITY AND DISABLED VETERAN OWNED BUSINESS ENTERPRISES (WMDVBE) SUBCONTRACTING PLAN AND REPORTING REQUIREMENTS

Contractor/Supplier shall comply with the provisions, including the quarterly reporting requirements of the WMDVBE "Subcontracting Plan and Reporting Requirements", which by this reference is incorporated herein and made a part hereof.

## ACCEPTANCE COPY REQUIRED

Unqualified acceptance of this order and its terms and conditions is required. Any changes, exceptions or different terms proposed by Sedgwick CMS are hereby rejected unless expressly agreed to by the Procurement Agent and confirmed by a Change Order. Acceptance may occur in any manner and by any method reasonable under the circumstance, including but not limited to:

1. Sedgwick CMS's signature on the Acceptance Copy of this Order,
2. Delivery of the material or performance of the service (in whole or in part),
3. Edison's receipt of an invoice for the material or for performance of the service (in whole or in part), or
4. Sedgwick CMS's acceptance of payment for the material or services performed (in whole or in part).

The Acceptance Copy of this Order shall be returned to Procurement at the following address:

Southern California Edison Company
Procurement and Material Management Department
125 Elm Avenue
Long Beach, CA 90802

Attention: Gordon Cole

Accepted by: _K Bracken_   Date: _5/9/05_
Printed Name: _Kimberly Bracken_   Title: _Vice President_

# SCHEDULE A: Statement of Work

Table of Contents

1 DISABILITY AND LEAVE PROGRAM OVERVIEW ..................................................... 4
1.1 TEAM OVERVIEW ............................................................................................... 4
1.2 COVERED POPULATIONS ................................................................................... 4
1.3 PARALLEL PLANS .............................................................................................. 4
1.4 OTHER HUMAN RESOURCES SUPPORT ............................................................ 5
2 ACCOUNT MANAGEMENT ........................................................................................... 6
2.1 STAFFING ............................................................................................................ 6
2.2 MEETINGS ........................................................................................................... 6
3 INTAKE ........................................................................................................................... 8
3.1 RECEIPT OF LEAVE REQUEST OR CLAIM INITIATION ...................................... 8
3.2 "WARM" TRANSFERS ........................................................................................ 8
3.3 EMPLOYER NOTIFICATION ................................................................................ 8
3.4 EMPLOYEE NOTIFICATION ................................................................................ 8
4 TRIAGE ........................................................................................................................... 9
4.1 TRIAGE ................................................................................................................ 9
4.2 TRIAGE DOCUMENTATION ................................................................................ 9
4.3 REFERRAL ........................................................................................................... 9
4.4 ACCESS ................................................................................................................ 10
4.5 COORDINATION WITH WORKERS' COMPENSATION CASES ............................ 11
5 ADVOCACY SERVICES .................................................................................................. 11
5.1 ASSIGNMENT ...................................................................................................... 15
5.2 RESPONSE ........................................................................................................... 15
5.3 ADVOCACY SERVICES: OFFER OF SERVICES .................................................... 15
5.4 ADVOCACY SERVICES: DISABILITY CLAIMS PROCESSES ................................ 16
5.5 ADVOCACY SERVICES: IDENTIFICATION AND RESOLUTION OF RETURN TO WORK OBSTACLES ............................................................................................................. 16
5.6 ADVOCACY SERVICES: COORDINATION WITH CASE MANAGEMENT ........... 17
5.7 ADVOCACY SERVICES: PARETO GROUP ........................................................... 17
5.8 REFERRAL TO HEALTH AND WELFARE ADVOCATE ......................................... 17
5.9 HEALTH & WELFARE ADVOCACY: DETERMINING URGENCY ......................... 18
5.10 ADVOCACY SERVICES - REPORTING ................................................................. 18
5.11 PROBLEM RESOLUTION .................................................................................... 19
6 CASE MANAGEMENT ..................................................................................................... 19
6.1 RECEIPT OF REFERRAL ...................................................................................... 19
6.2 CASE ASSIGNMENT ............................................................................................ 20
6.3 3-POINT CONTACT ............................................................................................. 20
6.4 CASE MANAGEMENT PLAN AND PROGRAM .................................................... 21
6.5 CASE MANAGEMENT STAFFING ........................................................................ 22
6.6 CASE MANAGEMENT FOLLOW-UP .................................................................... 22
6.7 CASE MANAGEMENT DECISION SUPPORT ....................................................... 22
6.8 TOUGH CASE REVIEW ........................................................................................ 23
6.9 PROBLEM RESOLUTION .................................................................................... 19
7 DISABILITY PLAN ADMINISTRATION ......................................................................... 26
7.1 SCOPE .................................................................................................................. 26
7.2 STAFFING ............................................................................................................ 26
7.3 INTAKE ................................................................................................................ 20
7.4 ELIGIBILITY CALCULATION .............................................................................. 20
7.5 DISABILITY DETERMINATION ........................................................................... 27

Southern California Edison
April 22, 2005

# SCHEDULE A: Statement of Work

| | | |
|---|---|---|
| 7.6 | Medical Documentation | 27 |
| 7.7 | Disability Management | 27 |
| 7.8 | Notifications | 28 |
| 7.9 | Advice to Pay | 22 |
| 7.10 | LTD Transition Activities | 29 |
| 7.11 | Overpayments and Offsets | 29 |
| 7.12 | EDD Hearings | 29 |
| 7.13 | Social Security Disability Insurance Activities | 21 |
| 7.14 | Plan Design Changes | 23 |
| 7.15 | Administration Manual | 30 |
| 7.16 | Requirements Documentation | 23 |
| 7.17 | Annual Claim Summary | 23 |
| 7.18 | Denials | 24 |
| 7.19 | IMEs | 24 |
| 7.20 | ERISA Appeals | 31 |
| 7.21 | Problem Resolution | 26 |
| 7.22 | Disability Retirement/Pension | 26 |
| 7.23 | FMLA Administration | 27 |
| 7.24 | Medical Certification | 28 |
| 7.25 | Clinical Services | 28 |
| 7.26 | Access to Data | 28 |
| 7.27 | Notifications | 28 |
| 7.28 | Problem Resolution | 29 |
| 7.29 | AWOL Employee Identification | 29 |
| 7.30 | Years of Service | 30 |
| 7.31 | Internal/External Audit | 30 |
| 7.32 | Significant Corporate Events | 30 |
| 7.33 | Format of Mailed Information | 30 |
| 7.34 | Returned Mail/Bad Address | 30 |
| 7.35 | PIN Management | 31 |
| 7.36 | Quality Assurance | 31 |
| 8 | SERVICE CENTER | 33 |
| 8.1 | Call Handling | 33 |
| 8.2 | Service Center Hours | 33 |
| 8.3 | Service Center, Providing Information/Inquiry | 33 |
| 8.4 | Processing Transactions | 34 |
| 8.5 | Correspondence and Documentation | 35 |
| 8.6 | Call Monitoring | 35 |
| 8.7 | Call Training | 35 |
| 8.8 | Referrals | 36 |
| 8.9 | Special Services | 36 |
| 8.10 | Customer Satisfaction Surveys | 36 |
| 9 | INTERNET SERVICES | 37 |
| 9.1 | Availability | 37 |
| 9.2 | General | 37 |
| 9.3 | Internet/Intranet Services | 38 |
| 10 | PLAN COMPLIANCE SERVICES | 42 |
| 10.1 | Legislative Changes | 42 |
| 10.2 | Internal and External Audit | 42 |

## SCHEDULE A: Statement of Work

| | | |
|---|---|---|
| 11 | CLAIMANT COMMUNICATIONS | 43 |
| 11.1 | System Generated Forms | 43 |
| 11.2 | Materials Management | 43 |
| 11.3 | Fulfillment | 43 |
| 11.4 | Mailing Labels/Lists | 44 |
| 11.5 | Mass Mailings | 44 |
| 12 | ELIGIBILITY EVENTS | 45 |
| 12.1 | New Hires and Newly Eligible | 45 |
| 12.2 | Re-Hires | 45 |
| 12.3 | Termination of Employment | 45 |
| 12.4 | Unpaid Leave of Absence (More Than 30 Days) | 46 |
| 12.5 | Return From Leave | 47 |
| 12.6 | Severance | 47 |
| 12.7 | Return From Disability | 47 |
| 12.8 | Death of Active Employee | 48 |
| 12.9 | Change of Residence | 48 |
| 12.10 | Other Data Initiated (Employment) Events | 49 |
| 12.11 | Strike/Layoff | 49 |
| 12.12 | Retirement and/or Re-Retirement | 49 |
| 12.13 | Claimant Data Maintenance | 50 |
| 13 | DATA, REPORTS AND INTERFACES | 51 |
| 13.1 | Data Sources | 51 |
| 13.2 | Payroll Interface / Pension Payroll Interface | 52 |
| 13.3 | File Transmission Methods | 52 |
| 13.4 | Data Maintenance | 52 |
| 13.5 | On-Line Access to Vendor Systems/Data | 53 |
| 13.6 | Management Reports | 53 |
| 13.7 | Service Center Reports | 54 |
| 13.8 | Quality Reports | 54 |
| 13.9 | Actuarial Interface | 54 |
| 13.10 | Manuated State Reporting | 54 |
| 14 | MISCELLANEOUS SERVICES | 55 |
| 14.1 | Records Retention | 55 |
| 14.2 | Imaging | 55 |
| 14.3 | Disaster Avoidance, Disaster Recovery, and Business Continuation | 55 |
| 14.4 | Vendor Status Meetings | 55 |
| 15 | CONVERSION/IMPLEMENTATION | 57 |
| 15.1 | Claimant Indicative Data | 57 |
| 15.2 | Claimant Enrollment/Eligibility Data | 57 |
| 15.3 | Events in Progress | 57 |
| 15.4 | Cases and Appeals | 57 |

## SCHEDULE A: Statement of Work

| Item | | Southern California Edison Responsibilities | Outsourcing Vendor Responsibilities | Performance Expectations |
|---|---|---|---|---|
| 7.19 | IMEs | | <ul><li>A supervisor must review and authorize a claim if it has been approved then subsequently denied due to non-clinical reasons</li><li>A supervisor and clinician must review and approve all denials that are based on clinical reasons</li><li>Regardless of the nature of the denial, all steps and considerations in the denial process will be documented and time-stamped</li><li>Have available in all service areas, a network of IME providers in major specialties and sub-specialties to provide IMEs, FCEs for appeals and other work-related evaluations</li><li>Ensure the network is credentialed and at the time of the exam, the provider is licensed, practicing in the relevant specialty, has a clean malpractice record and is adequately insured</li><li>Make no communication or claim determination without proof of a written IME</li></ul> | <ul><li>Schedule IME to occur within 14 days from request, and obtain written reports of IME results within 14 days of the exam. If clarification is required, unless out-of Sedgwick CMS' control</li><li>If clarification is required, it should be obtained within 5 business days. 95% of the time, will 100% completed within 10 business days, unless out of Sedgwick CMS' control</li></ul> |
| 7.20 | ERISA Appeals (short and long term disability appeals only. See section 7.22 for procedures for Permanent and Total Disability and disability pension) | <ul><li>For non-represented and employees represented by IBEW Local 459 and 15, present appeals to Benefits Committee (final decisions)</li><li>For non-represented and employees represented by IBEW Local 459 and 15, send acknowledgement of appeal and any extension notifications to employee and copy of appeal letter to vendor.</li></ul> | <ul><li>Edison shall be notified immediately of appeals received with the following information, including appeal receipt date, and supplier acknowledgement of receipt date. All initial requests for disability and leave claims will be processed by the vendor per benefit plan class specifications and within agreed upon timeframes.</li><li>Notification on all claim decisions will be</li></ul> | <ul><li>Documentation supporting claim pulled and sent (when applicable) within 2 business days</li><li>Calls placed within 5 business days</li><li>Additional medical information (e.g. IME) that is required for appeal process is to be immediately scheduled (within 5 days of appeal coming in).</li></ul> |

## SCHEDULE A: Statement of Work

| Item | Southern California Edison Responsibilities | Outsourcing Vendor Responsibilities | Performance Expectations |
|---|---|---|---|
| | • For non-represented and employees represented by IBEW Local 459 and 15 send notice of appeal decision and copy to vendor.<br>• Edison will provide appeal summary format for Vendor to follow | made by vendor including providing appeal rights if applicable.<br>• Agree to review previously requested, new or additional material without a formal appeal as appropriate<br>• Conduct appeals in accordance with the plan and ERISA regulations.<br>• Process any status changes that result from decisions in initial claim or appeal decision process.<br>• Use an automated process for monitoring and tracking appeals and complaints to include type and categories<br>• For non-represented EIX employees, Teamster employees and employees represented by: Locals 459 and 15, obtain additional information as needed to perfect appeal<br>• For represented employees from IBEW local 47, UWUA Local 246, and SOFA handle entire appeal per union contract's mandated dispute resolution process using outside third party vendor for medical record review and IME.<br>• Pull documentation (calls, confirmation statement, worksheets) as requested by Edison.<br>• Receive and image ERISA claims and appeals and forward to Edison with supporting claim documentation.<br>• Prepare appeal package per SCE format (forms and templates) | • For non-represented and employees represented by IBEW Local 459 and 15 appeal template first draft sent to SCE within 10 business days after receipt of appeal. Any additional medical information that comes in after first draft is sent will be updated and sent again within 5 days of receipt (sooner if ERISA deadline will be ending)<br>• Provide completed appeal package, in acceptable format, to Edison 30 days prior to Benefits Committee date (SCE to provide schedule) |

# SOUTHERN CALIFORNIA EDISON COMPANY
# GENERAL TERMS AND CONDITIONS
# DISABILITY ADMINISTRATIVE SERVICES

1. **AGREEMENT**

   In consideration of the payments to be made and obligations to be performed by Edison, Vendor shall perform the specified services and its other obligations as an independent contractor (not as an employee or agent of Edison), all as set forth in the Purchase Order which incorporates these Terms and Conditions.

2. **DEFINITIONS**

   When used herein with initial capitalizations, whether in singular or plural, the following terms shall have the following meanings:

   2.1 Affiliate: Any person or entity that directly or indirectly controls, is controlled by, or is under common control with, the indicated person or entity.

   2.2 Affiliated Entity: Any organization or individual which performs specialized services for Vendor or Edison or its Affiliates, or any organization or individual in which Vendor has a business or ownership interest, which has a business or ownership interest in Vendor, or which along with Vendor is the subject of a common business or ownership interest by another entity or individual.

   2.3 Agreement Year: Each consecutive twelve (12) month period during which ongoing Services are provided under the Purchase Order, beginning July 1, 2005, and each anniversary thereof.

   2.4 Change Order: Document issued by Edison which, when accepted in writing by Vendor, amends the Purchase Order.

   2.5 Communication Materials: Those Work products customized, created, developed, and produced by Vendor under the Purchase Order exclusively for Edison to communicate information to Employees regarding their benefits. Communication Materials shall not include any Vendor Materials. Vendor shall provide all Communications Materials to Edison in draft form for Edison's review and comment on a timely basis, and all Communications Materials must be approved by Edison prior to their finalization and use.

   2.6 Confidential Information: All information, Documents, materials, business plans, concepts, designs, models, trade secrets or intellectual property of any kind furnished or made available by a Disclosing Party to a Receiving Party (as such terms are defined in Section 16.1) in oral, electronic or written form or by inspection, and all analyses, compilations, studies, reports or other materials prepared by Vendor containing or reflecting the foregoing. Confidential Information shall include the Terms and Conditions of the Purchase Order.

   2.7 Documentation: Communication Materials, Documents and required reports, in tangible form, including but not limited to computer disk or electronic mail, which shall be delivered by Vendor to Edison as required by the Purchase Order.

   2.8 Documents: All books, records, photographs, slides, videos, audio recordings, materials, data, calculations, estimates, documents, communications, notes, proposals, reports, scopes of work or related responses, whether in written, electronic or any other tangible form.

1

SCE/Sedgwick
Disability Administrative Services
04/14/05

SCE 000193

SOUTHERN CALIFORNIA EDISON COMPANY
GENERAL TERMS AND CONDITIONS
DISABILITY ADMINISTRATIVE SERVICES

6.4 Edison Directions: In the course of performing the Work, Vendor may receive written or oral instruction or directions from Edison (hereinafter collectively referred to as "Edison Directions") concerning performance of the Work. Edison Directions may include, but shall not be limited to: (i) approval of Vendor's choice of methodology or approach to performing the Work; (ii) interpretation of any provision of the Plans; (iii) instructions concerning compliance with applicable laws and regulations; (iv) instructions concerning compliance with subpoenas or other legal process directed to Edison; and (v) notices concerning adjudication of Employees' claims for benefits. Upon receipt of Edison Directions, Vendor shall promptly indicate acceptance of the Edison Directions or notify Edison in writing that it will not be able to comply with such Edison Directions and provide a description of the reasons therefor. Vendor may, but shall not be required to, inquire into the genuineness of any Edison Direction or require written confirmation thereof.

6.5 Work Cessation: When directed by a Change Order, Vendor shall suspend or terminate the Work.

6.6 Key Personnel: Vendor shall promptly notify the Edison Representative of the intended reassignment and proposed replacement of key personnel performing the Work. Vendor shall promptly replace any key personnel if requested by the Edison Representative after discussion between the parties and failure to resolve the issue that caused the request.

6.7 Additional Instructions: If Vendor receives any verbal or written instructions for performance of Work from Edison personnel other than the Edison Representative, Vendor shall promptly notify the Edison Representative.

6.8 Emergencies: In an emergency endangering life or property, Vendor shall: a) perform Work or such other services or work as is necessary to meet the emergency; and b) immediately notify the Edison Representative.

6.9 Status Reports: Vendor shall provide status reports to the Edison Representative as required by the Purchase Order. If requested in the Purchase Order, a copy of the status report shall be sent also to the Edison procurement agent responsible for the Purchase Order designated therein. Such status reports shall identify by tasks the labor hours expended (and dates worked) and total dollars charged as follows: (i) budgeted and expended for current month; (ii) accumulated to date; (iii) budgeted to date; (iv) forecast at completion; (v) percent complete; and (vi) reasons for variances. If requested in the Purchase Order, each status report shall include a list of all open Edison purchase orders to Vendor, and all Edison purchase orders to Vendor completed within the previous twelve (12) months. The list shall document each purchase order number, the total authorized amount of each purchase order, and either the name of the department and Edison Representative under each purchase order for whom the work is performed, or the accounting location as shown on each purchase order.

6.10 Inspection: Edison authorized representatives shall have the right of access to and inspection of Vendor's facilities and/or locations at reasonable times during regular business hours regarding performance of the Work.

6.11 Uncontrollable Forces: Vendor shall not be liable for delay in the Work Schedule or inability to perform the Work due to any cause beyond its reasonable control, such as strike, flood, fire, lightning, epidemic, quarantine restriction, war, sabotage, act of a public enemy, earthquake, or critical material unavailability; provided that Vendor