EXHIBIT 9

# Purchase Order Documentation and Approval Summary

| | | | |
|---|---|---|---|
| PROCUREMENT AGENT | DOCUMENTATION FILED UNDER PURCHASE ORDER NO. | | TOTAL AWARD AMOUNT |
| GORDON COLE | O1045923 | | $ REDACTED |
| REQUISITION | DEPARTMENT(LOCATION) | | SUPPLIER |
| | HUMAN RESOURCES | | SEDGWICK CMS |
| ☐ SPO  ☒ BPO | COMPLETION / DELIVERY DATE | START DATE 05/02/05 | EXPIRATION DATE 10/01/10  10/01/08 |

**DESCRIPTION OF AWARD**
Provide employee disability management services

REDACTED

## AWARD SUPPORT

| AWARD BASIS | CONTRACT TYPE | SCE BID NO. |
|---|---|---|
| EVALUATED LOW | FIXED UNIT PRICE | Q501003 |

## DOCUMENTATION

| | BY |
|---|---|
| ☐ REQUISITION APPROVAL DATE | |
| ☒ USER LETTER DATED 04/26/05 | FRED GRIGSBY |
| ☒ AWARD MEMO DATED 05/03/05 | GORDON COLE |

☒ TAB SHEET  ☒ SUPPLIER PROPOSAL (S)  ☐ PHONE BID LIST  ☐ OTHER:  ☐ NU/AFF Checklist

### SUPPLIER/CONTRACTOR DATA (QUALIFICATION CHECK)

| ☒ INSURANCE | ☐ TECHNICAL | DATE: | SIGNATURE: |
|---|---|---|---|
| ☐ CONTR'S LICENSE | ☐ Q/A - VERIFICATION | DATE: | SIGNATURE: |

**WMBE PO OPPORTUNITY**
☐ AWARDED  ☐ OFFERED  ☐ QUALIFIED, NOT OFFERED  ☒ NOT QUALIFIED
REASON:

## P.O. DISTRIBUTION

| TERMS AND CONDITIONS | ATTACHMENTS |
|---|---|
| CUSTOM TERMS & CONDITIONS (Appd. by Law Dept.) | ☐ ASBESTOS  ☐ WMBE SUB  ☐ OTHER: |

☒ ACCEPTANCE  ☐ EXPEDITING  ☐ INSPECTION  ☐ OS&H/MSDS  ☐ Q/A
☐ ENGINEERING  ☐ TRAFFIC  ☐ SDR  ☐ OTHER:

## MANAGEMENT SUMMARY / APPROVALS

Please see attached Award Memo for details.

T&C's STAMPED AND SIGNED by STEPHEN PICKETT

COUNTRY OF ORIGIN
☐ FOREIGN PROCUREMENT

| | DATE | CONFIRMATION APPROVAL | DATE |
|---|---|---|---|
| ☒ PROCUREMENT AGENT | 5-3-05 | | |
| ☒ MANAGER OF EDISON MATERIAL SUPPLY LLC | | | |
| ☒ GENERAL MANAGER OF EDISON MATERIAL SUPPLY LLC | 5/3/05 | | |
| ☐ SUPPLY CHAIN DIRECTOR | | | |
| ☐ DIRECTOR OF PAMM | | | |
| ☒ SENIOR V.P. OF EDISON MATERIAL SUPPLY LLC | 5/4/05 | | |
| ☒ VICE PRESIDENT OF SHARED SERVICES | 5/4/05 | | |
| ☒ OFFICER / CONTRACT MANAGER / OTHER | SEE ATTACHED | | |

Procurement and Material Management - PO

PD115-1 11/98

3

SCE0002512

# Purchase Order Documentation and Approval Summary

| | | |
|---|---|---|
| **PROCUREMENT AGENT**<br>GORDON COLE | **DOCUMENTATION FILED UNDER PURCHASE ORDER NO.:**<br>Q1045923 | **TOTAL AWARD AMOUNT**<br>REDACTED |
| **REQUISITION** | **DEPARTMENT(LOCATION)**<br>HUMAN RESOURCES | **SUPPLIER**<br>SEDGWICK CMS |
| ☐ SPO  ☒ BPO | **START DATE**<br>05/02/05 | **EXPIRATION DATE**<br>10/01/10 |

**DESCRIPTION OF AWARD**
Provide employee disability management services

REDACTED

## AWARD SUPPORT

| AWARD BASIS | CONTRACT TYPE | SCE BID NO. |
|---|---|---|
| EVALUATED LOW | FIXED UNIT PRICE | QS01003 |

## DOCUMENTATION

☐ REQUISITION APPROVAL DATE — BY:

☒ USER LETTER DATED 04/26/05 — BY: FRED GRIGSBY

☒ AWARD MEMO DATED 05/03/05 — BY: GORDON COLE

☒ TAB SHEET  ☒ SUPPLIER PROPOSAL(S)  ☐ PHONE BID LIST  ☐ OTHER:  ☐ NU/AFF Checklist

## SUPPLIER/CONTRACTOR DATA (QUALIFICATION CHECK)

☒ INSURANCE  ☐ TECHNICAL  DATE:  SIGNATURE:

☐ CONTR'S LICENSE  ☐ Q/A - VERIFICATION  DATE:  SIGNATURE:

**WMBE PO OPPORTUNITY**
☐ AWARDED  ☐ OFFERED  ☐ QUALIFIED, NOT OFFERED  ☒ NOT QUALIFIED
REASON:

## P.O. DISTRIBUTION

**TERMS AND CONDITIONS**
CUSTOM TERMS & CONDITIONS (Appd. by Law Dept.)

**ATTACHMENTS**
☐ ASBESTOS  ☐ WMBE SUB  ☐ OTHER:

☒ ACCEPTANCE  ☐ EXPEDITING  ☐ INSPECTION  ☐ OS&HMSDS  ☐ Q/A
☐ ENGINEERING  ☐ TRAFFIC  ☐ SDR  ☐ OTHER:

## MANAGEMENT SUMMARY

Please see attached Award Memo for details.

☐ FOREIGN PROCUREMENT  COUNTRY OF ORIGIN

## APPROVALS

| | DATE | CONFIRMATION APPROVAL | DATE |
|---|---|---|---|
| ☒ PROCUREMENT AGENT | | | |
| ☒ MANAGER OF EDISON MATERIAL SUPPLY LLC | | | |
| ☒ GENERAL MANAGER OF EDISON MATERIAL SUPPLY LLC | | | |
| ☐ SUPPLY CHAIN DIRECTOR | | | |
| ☐ DIRECTOR OF PM&M | | | |
| ☒ SENIOR V.P. OF EDISON MATERIAL SUPPLY LLC | | | |
| ☒ VICE PRESIDENT OF SHARED SERVICES | | | |
| ☒ SEDGWICK CONTRACT MANAGER / OTHER — signature 5/3/05 | | | |

Procurement and Material Management - PO

PD115-1 11/05

SCE0002513

| | | |
|---|---|---|
| **EXECUTIVE SUMMARY AWARD MEMO** | | 05/02/05 |

PURCHASE ORDER: Q1045923
SUPPLIER: SEDGWICK CMS
AMOUNT: $ **REDACTED**
CONTRACT TYPE: FIXED UNIT PRICE
AWARD BASIS: EVALUATED LOW BID
PROPOSAL REQUEST: Q501003
WMDVBE: NO
EFFECTIVE PERIOD: 05/02/05 – 10/01/08, WITH OPTIONAL CONTRACT TERM TO 10/01/10
DESCRIPTION: LEAVE OF ABSENCE/CLAIM MANAGEMENT ADMINISTRATION

## AWARD RECOMMENDATION

### BACKGROUND

In December of 2004, Human Resources requested that Procurement conduct an RFP for the administration of SCE's disability and family leave absence and claim management requirements. This responsibility is currently handled by VPA, Inc. under Purchase Order Q1064912. VPA has provided these services since 1999. The RFP was sent to nine firms; of which seven replied, including the incumbent. First round evaluation eliminated all but a "short list" of two contenders: VPA and Sedgwick CMS. A site visit was conducted to the claims processing centers of both companies; a bid clarification process was conducted; and a final determination made; with Sedgwick being determined the Evaluated Low Bidder. The unanimous conclusion: Although VPA came in with a lower overall price, Sedgwick's technical capabilities were substantially superior; and their combined score was superior to VPA's.

### PRICING AND EVALUATION

It is recommended that a Purchase Order be issued to Sedgwick CMS to perform the Work, at a cost of $ [REDACTED] to cover a period from October, 2005 through September, 2008; with the option of adding an additional term extending the agreement through September, 2010. If the Purchase Order is approved, actual implementation work by Sedgwick will commence in May, 2005; however, all work performed by Sedgwick prior to the commencement of the Initial Contract Term on 10/03/05 will be considered as part of the Implementation Period, and will not be charged to Edison. The Implementation Period allows for the transition from the incumbent provider to the new provider.

### REFERENCES:

- Purchase Order Requisition, dated 04/25/05 and approved by Freg Grigsby on 04/26/05
- RFP Q501003, dated 12/21/04
- Bid Log, dated 01/14/05, and bidders proposals
- Sedgwick's Final Proposal, dated 04/08/05
- Document entitled "Vendor Selection Scoring EIX TEAM Program, dated 03/14/05 (prepared by Mercer Human Resource Consulting)

10

GORDON COLE                              CONFIDENTIAL

| | |
|---|---|
| **EXECUTIVE SUMMARY/MEMO TO FILE** | 12/26/08 |
| PURCHASE ORDER # | 4500015388, CO #1 |
| SUPPLIER | SEDGWICK CMS |
| BASIS OF PO AWARD | EVALUATED LOW BID |
| PURCHASE ORDER VALUE | WAS $ REDACTED<br>WILL BE |
| EFFECTIVE PERIOD | WAS 04/26/05 – 10/01/10;<br>WILL BE 04/26/05 – 01/31/10 |
| WMDVBE STATUS | NON-WMDVBE |

PO COVERS ADMINISTRATION SERVICES FOR SCE DISABILITY CLIAMS. CHANGE ORDER ISSUED TO COVER 2009 ESTIMATED COSTS AND TO REVISE SERVICE LEVEL AGREEMENT TO PROVIDE FOR ADDITIONAL FINANCIAL PENALTIES FOR FAILURE TO MEET SCE STANDARDS.

HUMAN RESOURCES HAS BEEN DISSATISFIED WITH SEDGWICK'S LEVEL OF PERFORMANCE, AND THEY ARE CURRENTLY ON NOTICE TO IMPROVE. A NEW RFQ HAS RECENTLY BEEN ISSUED; HOWEVER, THERE WILL BE A PERIOD OF OVERLAP TO PROVIDE FOR THE TRANSITION TO A NEW SERVICE PROVIDER IF THAT DECISION IS MADE. THIS CHANGE ORDER IS BEING REQUESTED TO COVER THAT PERIOD.

# Change Order Request Form

FORWARD TO: Gordon Cole

| Date Prepared: 11/13/08 | P.O. Number: 4500015388 | Date Issued: |
|---|---|---|
| Supplier Name: Sedgwick Claims Management Services | Competitive Bid P.O.: X or Noncompetitive P.O.: | Fixed Price: X or Time & Material: |
| Requester's Name: Susan M. Heller, M.D. | | |
| Change Order No.: | Supplier Code: | Comm/Serv Code |
| | Requisition No. (AREQ) | Accounting Loc. No. 9022 |

| **Change as follows:** | **Now Reads** | **Increase** | **Should Read** |
|---|---|---|---|
| Total cost shall not exceed: | $ [REDACTED] | $ [REDACTED] | $ [REDACTED] |
| Expiration date: | erroneously extended to 10/01/10 | | 01/31/10 |

**Reason For This Request:** Mutual agreement to extend Sedgwick Contract

**Justification:**
Sedgwick Claims Management Services' (Sedgwick CMS) contract was originally set to expire on September 30, 2008, although there were provisions for a two year extension. Due to some performance challenges, the parties have agreed to extend the contract for 16 months, to 01/31/10, maintain the fee structure that has been in place since the contract began and modify the SLI's to double the amount of penalties payable during this time frame. This time will allow SCE to issue an RFP, evaluate and select a vendor, and possibly implement a new vendor, which will require significant SAP testing.

**Other Provision Changes or Additions:**

**REDACTED**

1) Address for vendor needs a correction

from: Sedgwick CMS
3280 E. Foothill Blvd.350

to: 3452 E. Foothill Blvd., Su. 700, Pasadena, CA 91107

2) **The date the contract extension goes through.**
The last version said 10/1/2010, was issue in error, and should read **01/31/10**

3) **The total dollar amount.**

For extension, will need to add the following amount:

$ [REDACTED] per employee/month x 18,500 employees (current approx headcount, with further growth expected) = $ [REDACTED] /mo
1 Data analyst = $ [REDACTED] / mo
2 additional disability examiners = $ [REDACTED] / mo

Sub-Total: $ ▓▓▓ a month

x 16 months as we are going to 01/31/2010 = $ ▓▓▓

In addition, monthly average pass-through expenses ($▓K) total: $ ▓▓▓

For a 16-month contract Grand Total addition of $ ▓▓▓

**REDACTED**

4) We have changed our SLI's for rewards and penalties

*SLI's attached*

SLI rewards should change from $▓▓▓ each 6 months to $▓▓▓ each 6 months or $▓▓▓ for 16 month period.

Penalty amount will double from $▓▓▓ each 6 months to $▓▓▓ for 6 months, or $▓▓▓ over 16 months

| Accounting Distribution | | | | Approval Signature | $ Limit | Date |
|---|---|---|---|---|---|---|
| Location | Function | Prime | Sub | | | |
| | | | | *Susan Heller* (signed) Susan Heller | $▓▓▓ | |
| | | | | *Guadalupe C. Clapp* (signed) Guadalupe C. Clapp | $▓▓▓ | 12/19/08 |
| | | | | *Linda G. Sullivan* (signed) Linda G. Sullivan | unlimited | 12/23/08 |

Distribution: Original: Procurement    Copy: Budget and Accounting Clerk    Copy: Originator File

Note: The shaded data fields are to be completed by others outside of the initiating organization.

# Purchase Order Documentation and Approval Summary

| PROCUREMENT AGENT | DOCUMENTATION FILED UNDER PURCHASE ORDER NO. | TOTAL AWARD AMOUNT |
|---|---|---|
| GORDON COLE | O1045923 | REDACTED |

| REQUISITION | DEPARTMENT(LOCATION) | SUPPLIER |
|---|---|---|
| ☐ SPO  ☒ BPO | HUMAN RESOURCES | SEDGWICK CMS |

| COMPLETION / DELIVERY DATE | START DATE | EXPIRATION DATE |
|---|---|---|
| | 05/02/05 | ~~10/01/10~~ 10/01/08 |

**DESCRIPTION OF AWARD**
Provide employee disability management services

REDACTED

## AWARD SUPPORT

| AWARD BASIS | CONTRACT TYPE | SCE BID NO. |
|---|---|---|
| EVALUATED LOW | FIXED UNIT PRICE | Q501003 |

## DOCUMENTATION

| | | BY |
|---|---|---|
| ☐ REQUISITION APPROVAL DATE | | |
| ☒ USER LETTER DATED | 04/26/05 | FRED GRIGSBY |
| ☒ AWARD MEMO DATED | 05/03/05 | GORDON COLE |

☒ TAB SHEET  ☒ SUPPLIER PROPOSAL(S)  ☐ PHONE BID LIST  ☐ OTHER:  ☐ NU/AFF Checklist

## SUPPLIER/CONTRACTOR DATA (QUALIFICATION CHECK)

| ☒ INSURANCE | ☐ TECHNICAL | DATE: | SIGNATURE: |
|---|---|---|---|
| ☐ CONTR'S LICENSE | ☐ Q/A - VERIFICATION | DATE: | SIGNATURE: |

**WMBE PO OPPORTUNITY**
☐ AWARDED  ☐ OFFERED  ☐ QUALIFIED, NOT OFFERED  ☒ NOT QUALIFIED
REASON:

## P.O. DISTRIBUTION

**TERMS AND CONDITIONS**
CUSTOM TERMS & CONDITIONS (Appd. by Law Dept.)

**ATTACHMENTS**
☐ ASBESTOS  ☐ WMBE SUB  ☐ OTHER:

☒ ACCEPTANCE  ☐ EXPEDITING  ☐ INSPECTION  ☐ OS&H/MSDS  ☐ Q/A
☐ ENGINEERING  ☐ TRAFFIC  ☐ SDR  ☐ OTHER:

## MANAGEMENT SUMMARY / APPROVALS

Please see attached Award Memo for details.

T&C's STAMPED AND SIGNED by STEPHEN PICKETT

☐ FOREIGN PROCUREMENT  COUNTRY OF ORIGIN

☒ PROCUREMENT AGENT  DATE 5-3-05
☒ MANAGER OF EDISON MATERIAL SUPPLY LLC  DATE
☒ GENERAL MANAGER OF EDISON MATERIAL SUPPLY LLC  DATE 5/3/05
☐ SUPPLY CHAIN DIRECTOR  DATE
☐ DIRECTOR OF PAMM  DATE
☒ SENIOR V.P. OF EDISON MATERIAL SUPPLY LLC  DATE 5/4/05
☒ VICE PRESIDENT OF SHARED SERVICES  DATE 5/4/05
☒ OFFICER / CONTRACT MANAGER / OTHER  DATE
SEE ATTACHED

CONFIRMATION  APPROVAL  DATE

Procurement and Material Management - PO

PD115-1 11/96

3

SCE0002518

# Purchase Order Documentation and Approval Summary

| | | | |
|---|---|---|---|
| **PROCUREMENT AGENT** GORDON COLE | **DOCUMENTATION FILED UNDER PURCHASE ORDER NO:** Q1045923 | | **TOTAL AWARD AMOUNT** REDACTED |
| **REQUISITION** | **DEPARTMENT (LOCATION)** HUMAN RESOURCES | | **SUPPLIER** SEDGWICK CMS |
| ☐ SPO **COMPLETION / DELIVERY DATE** | ☒ BPO | **START DATE** 05/02/05 | **EXPIRATION DATE** 10/01/10 |

**DESCRIPTION OF AWARD**
Provide employee disability management services

**REDACTED**

## AWARD SUPPORT

| AWARD BASIS | CONTRACT TYPE | SCE BID NO. |
|---|---|---|
| EVALUATED LOW | FIXED UNIT PRICE | Q501003 |

## DOCUMENTATION

| | | BY |
|---|---|---|
| ☐ REQUISITION APPROVAL DATE | | |
| ☒ USER LETTER DATED 04/26/05 | | FRED GRIGSBY |
| ☒ AWARD MEMO DATED 05/03/05 | | GORDON COLE |

☒ TAB SHEET  ☒ SUPPLIER PROPOSAL(S)  ☐ PHONE BID LIST  ☐ OTHER:  ☐ NU/AFF Checklist

## SUPPLIER/CONTRACTOR DATA (QUALIFICATION CHECK)

| | | DATE: | SIGNATURE: |
|---|---|---|---|
| ☒ INSURANCE | ☐ TECHNICAL | | |
| ☐ CONTR'S LICENSE | ☐ Q/A - VERIFICATION | DATE: | SIGNATURE: |

**WMBE PO OPPORTUNITY**
☐ AWARDED  ☐ OFFERED  ☐ QUALIFIED, NOT OFFERED  ☒ NOT QUALIFIED
REASON:

## P.O. DISTRIBUTION

| TERMS AND CONDITIONS | ATTACHMENTS | | |
|---|---|---|---|
| CUSTOM TERMS & CONDITIONS (Appd. by Law Dept.) | ☐ ASBESTOS | ☐ WMBE SUB | ☐ OTHER: |
| ☒ ACCEPTANCE  ☐ EXPEDITING  ☐ INSPECTION  ☐ OS&H/MSDS  ☐ Q/A | | | |
| ☐ ENGINEERING  ☐ TRAFFIC  ☐ SDR  ☐ OTHER: | | | |

## MANAGEMENT SUMMARY / APPROVALS

Please see attached Award Memo for details.

| | DATE | CONFIRMATION APPROVAL | DATE |
|---|---|---|---|
| ☐ FOREIGN PROCUREMENT  COUNTRY OF ORIGIN | | | |
| ☒ PROCUREMENT AGENT | | | |
| ☒ MANAGER OF EDISON MATERIAL SUPPLY LLC | DATE | | |
| ☒ GENERAL MANAGER OF EDISON MATERIAL SUPPLY LLC | DATE | | |
| ☐ SUPPLY CHAIN DIRECTOR | DATE | | |
| ☐ DIRECTOR OF PMM | DATE | | |
| ☒ SENIOR V.P. OF EDISON MATERIAL SUPPLY LLC | DATE | | |
| ☒ VICE PRESIDENT OF SHARED SERVICES | DATE | | |
| ☒ GRIGSBY CONTRACT MANAGER / OTHER  *[signature]* | 5/6/05 | | |

Procurement and Material Management - PO

PD115-1 11/95

SCE0002519



# Change Order

| VENDOR 10036811<br>SEDGWICK CMS<br>3280 E FOOTHILL BLVD, 350<br>PASADENA, CA 91107 | Purchase Order Date<br>06/27/2008 | Purchase Order Number<br>4500015388 |
|---|---|---|
| | Change Order Number<br>2 | Revision Date<br>02/02/2009 |
| | Procurement Agent<br>Gordon Cole | Telephone Number<br>562-491-2207 |
| Terms of Payment<br>Net 30 Days | MAIL ORIGINAL INVOICE TO :<br>ACCOUNTS PAYABLE DIVISION<br>P.O. BOX 700<br>ROSEMEAD, CA 91770 | |
| Shipping Terms<br>FOB Destination | | |
| Please Deliver To The Following Address:<br>HUMAN RES ADM 3RD FL HUMAN RESOURCES<br>8631 RUSH ST - 3RD FLR<br>ROSEMEAD, CA 91770<br>US | Please indicate the PURCHASE ORDER NUMBER on all invoices, packages, correspondence, shipping papers and inquiries.<br><br>If in any way unable to comply with the requirements of this order, notify the Procurement Agent in writing | |

The applicable terms and conditions as referenced, are hereby incorporated and made part of this Purchase Order.

No change shall be made to the price, terms and conditions, specified requirements or schedules of this Purchase Order without written authorization of the Procurement Agent. Additional costs resulting from work done or material supplied without such authorization may be denied.

Southern California Edison Company

By _____
FOR THE SR VICE PRESIDENT OF OPERATIONS SUPPORT

DISTRIBUTION  Supplier,  Acceptance,  PO File,  Accounts Payable,  Acct Loc
Expediting,  QA,  T&T,  OS&H,  CSCH,  CDM,  Copy,  Inspection

Page 1 of 3

SCE0002520

Please refer to Southern California Edison's Purchase Order No. 4500015388, dated 05/02/05, covering disability claims management services, and change as follows:

TOTAL AUTHORIZED AMOUNT

This Change Order constitutes no change to the Total Authorized Amount of $ ███ **REDACTED**

EFFECTIVE PERIOD

EFFECTIVE PERIOD NOW READS (In Part) -

05/02/05 through 01/31/10, inclusive.

EFFECTIVE PERIOD SHOULD READ (In Part) -

05/02/05 through 06/06/10, inclusive.

EFFECTIVE DATE OF CHANGES, ADDITIONS, OR DELETIONS

The changes specified in this Change Order shall be effective as of 10/16/09.

OTHER PROVISIONS

All other provisions of this Purchase Order remain unchanged.

ACCEPTANCE COPY REQUIRED

Unqualified acceptance of this order and its terms and conditions is required. Any changes, exceptions or different terms proposed by Service Provider are hereby rejected unless expressly agreed to by the Procurement Agent and confirmed by a Change Order. Acceptance may occur in any manner and by any method reasonable under the circumstance, including but not limited to:

* Service Provider's signature on the Acceptance Copy of this Order,
* Delivery of the material or performance of the service (in whole or in part),
* SCE's receipt of an invoice for the material or for performance of the service (in whole or in part),
* Service Provider's acceptance of payment for the material or services performed (in whole or in part).

The Acceptance Copy of the Order shall be returned to the Procurement Agent (identified on the Purchase Order) at the following address:

Southern California Edison Company
Gordon Cole
125 Elm Avenue, 1st Floor
Long Beach, CA 90802

Accepted by: _____

Date: _____

Southern California Edison Company

The referenced Purchase Order is changed as follows:

## MATERIAL AND/OR SERVICE LIST

| ITEM NO. | SHORT TEXT | COMPLETION DATE | ORDER | VALUE |
|---|---|---|---|---|
| 10 | Disability claims management services | 05/06/2010 | | REDACTED |

Disability claims management services

\*\*\* Delivery date changed \*\*\*

TOTAL VALUE OF LINE ITEM $ REDACTED

Total Value of Purchase Order $ REDACTED

**REDACTED**



# Change Order

| | |
|---|---|
| VENDOR 10036811<br>SEDGWICK CMS<br>3452 E FOOTHILL BLVD, SUITE 700<br>PASADENA, CA 91107 | **Purchase Order Date**: 06/27/2008    **Purchase Order Number**: 4500015388 |
| | **Change Order Number**: 3    **Revision Date**: 03/12/2010 |
| | **Procurement Agent**: Dean Chase    **Telephone Number**: 626-302-7246 |
| **Terms of Payment**<br>Net 30 Days | MAIL ORIGINAL INVOICE TO :<br>ACCOUNTS PAYABLE DIVISION<br>P.O. BOX 700<br>ROSEMEAD, CA 91770 |
| **Shipping Terms**<br>FOB Destination | Please indicate the PURCHASE ORDER NUMBER on all invoices, packages, correspondence, shipping papers and inquiries. |
| **Please Deliver To The Following Address:**<br>HUMAN RES ADM 3RD FL HUMAN<br>RESOURCES<br>8631 RUSH ST - 3RD FLR<br>ROSEMEAD, CA 91770<br>US | If in any way unable to comply with the requirements of this order, notify the Procurement Agent in |

**COPY**

---

The applicable terms and conditions as referenced, are hereby incorporated and made part of this Purchase Order.

No change shall be made to the price, terms and conditions, specified requirements or schedules of this Purchase Order without written authorization of the Procurement Agent. Additional costs resulting from work done or material supplied without such authorization

Southern California Edison Company

By _____
FOR THE SR VICE PRESIDENT OF OPERATIONS SUPPORT

DISTRIBUTION Supplier, Acceptance, PO File, Accounts Payable, Acct Loc
Expediting, QA, T&T, OS&H, CSCH, CDM, Copy, Inspection

9

SCE0002523

Please refer to Southern California Edison's Purchase Order No. 4500015388, date 05/02/2005. Change as follows:

TOTAL AUTHORIZED AMOUNT

TOTAL AUTHORIZED AMOUNT NOW READS (In Part)

$ 

**REDACTED**

TOTAL AUTHORIZED AMOUNT SHOULD READ (In Part)

$ 

This Change Order constitutes AN INCREASE OF $ 

EFFECTIVE DATE OF CHANGE

The changes specified in this Change Order, shall be effective as of 03/12/10.

OTHER PROVISIONS

All other provisions of this Purchase Order remain unchanged.

ACCEPTANCE COPY REQUIRED

Unqualified acceptance of this order and its terms and conditions is required. Any changes, exceptions or different terms proposed by Service Provider are hereby rejected unless expressly agreed to by the Procurement Agent and confirmed by a Change Order. Acceptance may occur in any manner and by any method reasonable under the circumstance, including but not limited to:

* Consultant's signature on the Acceptance Copy of this Order,
* Delivery of the material or performance of the service (in whole or in part),
* SCE's receipt of an invoice for the material or for performance of the service (in whole or in part),
* Consultant's acceptance of payment for the material or services performed (in whole or in part).

The Acceptance Copy of the Order shall be returned to the Procurement Agent (identified on the Purchase Order) at the following address:

SCE c/o Edison Material Supply
ATTN: Dean Chase
PO Box 800
Rosemead, CA 91770

Accepted By (Printed): _____ Title: _____

Accepted By (Signed): _____ Date: _____

Southern California Edison Company

The referenced Purchase Order is changed as follows:

## MATERIAL AND/OR SERVICE LIST

| ITEM NO. | SHORT TEXT | COMPLETION DATE | ORDER | VALUE |
|---|---|---|---|---|
| 10 | Disability claims management services | 06/06/2010 | | $ [REDACTED] |

Disability claims management services......

\*\*\* Net price changed \*\*\*
\*\*\* Services changed \*\*\*

TOTAL VALUE OF LINE ITEM $ [REDACTED]

Total Value of Purchase Order $ [REDACTED]

**REDACTED**

Southern California Edison Company



**SOUTHERN CALIFORNIA EDISON®**
An *EDISON INTERNATIONAL®* Company

# Change Order

| VENDOR 10036811<br>SEDGWICK CMS JOHN A. KOVAL<br>24025 PARK SORRENTO, SUITE 200<br>CALABASAS, CA 91302 | Purchase Order Date<br>06/27/2008 | Purchase Order Number<br>4500015388 |
|---|---|---|
| | Change Order Number<br>4 | Revision Date<br>07/19/2010 |
| Terms of Payment<br>Net 30 Days | Procurement Agent<br>Dean Chase | Telephone Number<br>626-302-7246 |
| Shipping Terms<br>FOB Destination | MAIL ORIGINAL INVOICE TO:<br>ACCOUNTS PAYABLE DIVISION<br>P.O. BOX 700<br>ROSEMEAD, CA 91770 | |
| Please Deliver To The Following Address:<br>HUMAN RES ADM 3RD FL HUMAN RESOURCES<br>8631 RUSH ST - 3RD FLR.<br>ROSEMEAD, CA 91770<br>US | Please indicate the PURCHASE ORDER NUMBER on all invoices, packages, correspondence, shipping papers and inquiries.<br><br>If in any way unable to comply with the requirements of this order, notify the Procurement Agent in writing | |

COPY

The applicable terms and conditions as referenced, are hereby incorporated and made part of this Purchase Order.

No change shall be made to the price, terms and conditions, specified requirements or schedules of this Purchase Order without written authorization of the Procurement Agent. Additional costs resulting from work done or material supplied without such authorization may be denied.

Southern California Edison Company

By _____
FOR THE SR VICE PRESIDENT OF OPERATIONS SUPPORT

DISTRIBUTION  Supplier,  Acceptance,  PO File,  Accounts Payable,  Acct Loc
Expediting,  QA,  T&T,  OS&H,  CSCH,  CDM,  Copy,  Inspection

Page 1 of 4

9

SCE0002526

Please refer to Southern California Edison's Purchase Order No. 4500015388, date 05/02/2005. Change as follows:

TOTAL AUTHORIZED AMOUNT

TOTAL AUTHORIZED AMOUNT
NOW READS (In Part)

$  REDACTED

TOTAL AUTHORIZED AMOUNT
SHOULD READ (In Part)

$ 

This Change Order constitutes AN INCREASE OF $ 

EFFECTIVE PERIOD

EFFECTIVE PERIOD NOW READS (In Part) -

05/02/2005 through 06/06/2010, inclusive.

EFFECTIVE PERIOD SHOULD READ (In Part) -

05/02/2005 through 10/11/10 inclusive.

EFFECTIVE DATE OF CHANGE

The changes specified in this Change Order, shall be effective as of 06/17/10.

OTHER PROVISIONS

All other provisions of this Purchase Order remain unchanged.

ACCEPTANCE COPY REQUIRED

Unqualified acceptance of this order and its terms and conditions is required. Any changes, exceptions or different terms proposed by Service Provider are hereby rejected unless expressly agreed to by the Procurement Agent and confirmed by a Change Order. Acceptance may occur in any manner and by any method reasonable under the circumstance, including but not limited to:

* Consultant's signature on the Acceptance Copy of this Order,
* Delivery of the material or performance of the service (in     whole or in part),
* SCE's receipt of an invoice for the material or for     performance of the service (in whole or in part),
* Consultant's acceptance of payment for the material or     services performed (in whole or in part).

The Acceptance Copy of the Order shall be returned to the Procurement Agent (identified on the Purchase Order) at the following address:

Southern California Edison Company

SCE c/o Edison Material Supply
ATTN: Dean Chase
PO Box 800
Rosemead, CA 91770

Accepted By (Printed):

_____ Title:_____

Accepted By (Signed):_____ Date:_____

The referenced Purchase Order is changed as follows:

## MATERIAL AND/OR SERVICE LIST

| ITEM NO. | SHORT TEXT | COMPLETION DATE | ORDER | VALUE |
|---|---|---|---|---|
| 10 | Disability claims management services | 10/11/2010 | | *[redacted]* |

Disability claims management services...

\*\*\* Delivery address changed \*\*\*
\*\*\* Net price changed \*\*\*
\*\*\* Delivery date changed \*\*\*
\*\*\* Services changed \*\*\*

TOTAL VALUE OF LINE ITEM $ *[redacted]* 

Total Value of Purchase Order $ *[redacted]*

**REDACTED**

Southern California Edison Company