ROBERT J. ROSATI, No. 112006
robert@erisalg.com
THORNTON DAVIDSON, No. 166487
thornton@erisalg.com
ERISA Law Group LLP
6485 Palm Avenue, Suite 105
Fresno, California 93704
Telephone: 559-478-4119
Telefax: 559-478-5939

Attorneys for Plaintiff,
WILLIAM BARNETT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| WILLIAM BARNETT,<br><br>             Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY LONG TERM DISABILITY PLAN,<br><br>             Defendant. | Case No. 1:12-CV-00130-LJO-DLB<br><br>**STIPULATION TO EXTEND TIME TO FILE JOINT (PROPOSED) FORM OF ORDER AND ORDER GRANTING EXTENSION OF TIME** |

A Memorandum Decision and Order Granting Defendant's Motion for Summary Judgment and Granting in Part and Denying in Part Plaintiff's Motion for Attorney's Fees, Benefits and Interest was filed by the Court for the above-captioned matter on July 5, 2016.  Within that decision, the Court ordered the parties to submit to the court, by not later than July 27, 2016, a joint proposed form of order.  The parties are currently trying to resolve the case in its entirety and, if necessary agree upon the language to be contained in the joint proposed order and request a 14-day extension to do so.

///

///

No extension of time has been previously requested. No parties are prejudiced through an extension of time.

IT IS SO STIPULATED.

Dated: July 27, 2016			ERISA LAW GROUP, LLP

/s/ Robert J. Rosati
THORTON DAVIDSON
Attorney for Plaintiff,
WILLIAM BARNETT
Attorneys for Plaintiff WILLIAM BARNETT

Dated:  July 27, 2016			LITTLER MENDELSON

By: /s/ *Keith A. Jacoby*
KEITH A. JACOBY
DEMERY RYAN
Attorneys for Defendant
SOUTHERN   CALIFORNIA EDISON COMPANY LONG TERM DISABILITY PLAN

## **ORDER GRANTING EXTENSION OF TIME**

GOOD CAUSE APPEARING, pursuant to the Stipulation of the parties, it is ordered as follows:

1. A 14-day extension to submit the joint proposed order is granted.  The new deadline to file the report is August 10, 2016.

2. If the parties cannot settle the issues, they shall submit a joint status report on or before August 10, 2016, laying out their positions and proposals for further proceedings.

IT IS SO ORDERED.

Dated:  **July 27, 2016**			/s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

**STIPULATION TO EXTEND TIME TO FILE JOINT (PROPOSED) FORM OF ORDER AND ORDER GRANTING EXTENSION OF TIME; Case No. 1:12-CV-00130-LJO-DLB**