1  TANYA A. GUZMAN, Bar No. 252256
   2244 Walnut Grove Avenue, Suite 360D
2  Rosemead, CA  91770
   Telephone:  626.302.6875
3  Facsimile:   626.302.1910
   Email:  Tanya.a.guzman@sce.com
4
5  KEITH A. JACOBY, Bar No. 150233
   DEMERY RYAN, Bar No. 217176
6  LITTLER MENDELSON, P.C.
   2049 Century Park East, Fifth Floor
7  Los Angeles, CA 90067
   Telephone:  310.553.0308
8  Facsimile:  310.553.5583
   Email:  kjacoby@littler.com;
9  dryan@littler.com

10 Attorneys for Defendant
   SOUTHERN CALIFORNIA EDISON
11 COMPANY LONG TERM DISABILITY
   PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| WILLIAM BARNETT,<br><br>   Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY LONG TERM DISABILITY PLAN,<br><br>   Defendant. | Case No. 1:12-CV-00130-LJO-DLB<br><br>**SECOND STIPULATION TO EXTEND TIME TO FILE JOINT (PROPOSED) FORM OF ORDER AND ORDER GRANTING EXTENSION OF TIME** |

LITTLER MENDELSON, P.C.
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

FURTHER STIPULATION TO EXTEND TIME                           Case No. 1:12-CV-00130-LJO-DLB

1     A Memorandum Decision and Order Granting Defendant's Motion for
2 Summary Judgment and Granting in Part and Denying in Part Plaintiff's Motion for
3 Attorney's Fees, Benefits and Interest was filed by the Court for the above-captioned
4 matter on July 5, 2016. Within that decision, the Court ordered the parties to submit to
5 the court, by not later than July 27, 2016, a joint proposed form of order. The parties
6 are currently trying to resolve the case in its entirety and, if necessary agree upon the
7 language to be contained in the joint proposed order.

8     The Parties previously requested a 14-day extension to do so, until today,
9 August 10, 20 16. However, the parties have been diligently trying to resolve the case
10 in its entirety and, if still necessary, agree upon the language to be contained in the
11 joint proposed order. The parties estimate that one more week is necessary to reach a
12 potential agreement and accordingly request a further extension through August 17,
13 2016 in order to file the joint proposed order.

14     A two week extension of time was previously requested on July 27, 2016. No
15 parties are prejudiced through an extension of time.

16     IT IS SO STIPULATED.

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

FURTHER STIPULATION TO EXTEND TIME      Case No. 1:12-CV-00130-LJO-DLB

| | |
|---|---|
| Dated: August 10, 2016 | LITTLER MENDELSON, P.C. |
| | By: /s/ Keith A. Jacoby<br>KEITH A. JACOBY<br>DEMERY RYAN<br>Attorneys for Defendant<br>SOUTHERN CALIFORNIA<br>EDISON COMPANY LONG TERM<br>DISABILITY PLAN |
| Dated: August 10, 2016 | ERISA LAW GROUP, LLP |
| | By: /s/ Robert K. Rosanti<br>THORTON DAVIDSON<br>ROBERT K. ROSANTI<br>Attorney for Plaintiff,<br>WILLIAM BARNETT<br>Attorneys for Plaintiff WILLIAM BARNETT |

## **ORDER GRANTING EXTENSION OF TIME**

GOOD CAUSE APPEARING, pursuant to the Stipulation of the parties, it is ordered as follows:

1. A further 7-day extension to submit the joint proposed order is granted. The new deadline to file the report is August 17, 2016.

2. If the parties cannot settle the issues, they shall submit a joint status report on or before August 17, 2016, laying out their positions and proposals for further proceedings.

IT IS SO ORDERED.

Dated:  **August 11, 2016**          /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

FURTHER STIPULATION TO EXTEND TIME          2.          Case No. 1:12-CV-00130-LJO-DLB