# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARNETT,<br><br>           Plaintiff,<br><br>      v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY LONG TERM DISABILITY PLAN,<br><br>           Defendant. | Case No.  1:12-cv-00130-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>OCTOBER 17, 2016 DEADLINE |

On August 16, 2016, Defendant filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  (ECF No. 98.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before October 17, 2016.

IT IS SO ORDERED.

Dated:   **August 17, 2016**                                               
                                                                UNITED STATES MAGISTRATE JUDGE

1