UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| WILLIAM BARNETT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY LONG TERM DISABILITY PLAN,<br><br>　　　　　Defendant. | Case No. 1:12-CV-00130-LJO-DLB<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

## ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice. IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her/its own attorneys' fees and costs.

IT IS SO ORDERED.

　　Dated:   **September 22, 2016**　　　　　  /s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE